**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

DARNELL W. MOON,

      Plaintiff,

    vs.                           Case No. 15-cv-00861-JPG-SCW

CHARLES SAMUELS, JR., *et al.*,

      Defendants.

**JUDGMENT**

    This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

    **IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**DATED:**  6/23/2016

                                     **Justine Flanagan**
                                     **Acting Clerk of Court**

                                     **s/__Tina Gray__**
                                      **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**